# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

146386-7(77)

_____

In re APPLICATION OF INTERNATIONAL
TRANSMISSION COMPANY FOR
EXPEDITED SITING CERTIFICATE

_____

ASSOCIATION OF BUSINESSES
ADVOCATING TARIFF EQUITY,
        Appellee,

v

MICHIGAN PUBLIC SERVICE
COMMISSION,
        Appellee,

and

INTERNATIONAL TRANSMISSION
COMPANY, d/b/a ITC TRANSMISSION,
        Petitioner-Appellee/
        Cross-Appellant,

and

CONSUMERS ENERGY COMPANY,
        Appellee,

and

MICHIGAN PUBLIC POWER AGENCY,
and MICHIGAN MUNICIPAL ELECTRIC
ASSOCIATION,
        Appellants/Cross-Appellees.
_____/

MICHIGAN PUBLIC POWER AGENCY
and MICHIGAN MUNICIPAL ELECTRIC
ASSOCIATION,
        Appellants/Cross-Appellees,

SC: 146386
COA: 303009
Public Service Commission:
00-016200

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

v

SC: 146387
COA: 303040
Public Service Commission:
00-016200

MICHIGAN PUBLIC SERVICE
COMMISSION,
            Appellee,

and

INTERNATIONAL TRANSMISSION
COMPANY, d/b/a ITC TRANSMISSION,
            Petitioner-Appellee/
            Cross-Appellant,

and

CONSUMERS ENERGY COMPANY and
ASSOCIATION OF BUSINESSES
ADVOCATING TARIFF EQUITY,
            Appellees.

_____/

      On order of the Court, the motion for reconsideration of this Court's March 27, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk

d0826